■ The People of the State of New York, Respondent, v Joseph Turner, Appellant. [672 NYS2d 706] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered August 30, 1995, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Defendant's suppression motion was properly denied. After quickly responding to a radio transmission that gunshots had been fired and observing defendant suddenly dart out of a crowd in an apparent effort to evade the police, the officers

properly asked him to step over to their car (*see, People v Bellamy*, 228 AD2d 230, *lv denied* 88 NY2d 990). Upon defendant's flight, the police acquired reasonable suspicion justifying pursuit (*People v Salva*, 228 AD2d 344, *lv denied* 89 NY2d 867; *People v Blackwell*, 206 AD2d 300, *appeal dismissed* 85 NY2d 851), and thus, defendant's abandonment of a handgun was not the product of any unlawful police action. Concur—Milonas, J. P., Nardelli, Mazzarelli and Andrias, JJ.